UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOME POINT FINANCIAL CORPORATION,**

      **Plaintiff,**

v.                                                                            Case No.  6:20-cv-1819-CEM-EJK

**DONALD MARK LANE,
CHRISTOPHER WILKINS,
GUARANTY HOME
MORTGAGE CORPORATION,
and CANDACE ROBERTSON,**

      **Defendants.**

**THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 3.02(c), it is **ORDERED** that counsel and all parties, including *pro se* parties, shall comply with the following deadlines and instructions. **The deadlines herein shall not be extended without Court approval.**

| Action or Event | Deadline |
| --- | --- |
| Plaintiff's expert report disclosure | MARCH 31, 2023 |
| Defendant's expert report disclosure | MAY 1, 2023 |
| Rebuttal expert report disclosure | MAY 15, 2023 |
| Completion of discovery and motion to compel discovery | JUNE 15, 2023 |
| Dispositive and *Daubert* motions | SEPTEMBER 1, 2023 |
| Mediation | JULY 31, 2023 |

| | |
|---|---|
| Joint pretrial meeting | NOVEMBER 20, 2023 |
| Filing of the joint final pretrial statement; any other motions, including motion in limine; jointly proposed jury instructions and jointly proposed verdict form | JANUARY 15, 2024 |
| Trial Status Conference | JANUARY 18, 2024, at 10:00 AM in Courtroom 5B |
| Trial Term | MARCH 2024 |

**DONE** and **ORDERED** in Orlando, Florida on September 14, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record