# Exhibit A

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                       ORLANDO DIVISION
                 CASE NO.:  6:20-cv-01819-CEM-EJK
 3
 4
 5
 6    HOME POINT FINANCIAL
      CORPORATION,
 7
                Plaintiff,
 8    v.
 9    DONALD MARK LANE, CHRISTOPHER
      WILKINS, and GUARANTY HOME
10    MORTGAGE CORPORATION,
11              Defendants.
      _____/
12
13                              Friday, June 16, 2023
                                10:02 a.m. - 3:09 p.m.
14
15
16    VIDEOTAPED DEPOSITION TAKEN BY REMOTE VIDEOCONFERENCE
17                      OF HENRY FISHKIND
18
19
20
21       Taken on behalf of the Plaintiff before Yvonne
22    Corrigan, RPR, CRR, Notary Public in and for the State
23    of Florida at Large, pursuant to Plaintiff's Amended
24    Notice of Deposition and Subpoena to Produce Documents
25    in the above cause.
```

|  |  |
|---|---|
| Page 138<br>1  Q. So did you understand that this -- the<br>2 core earnings were the profit for the entire company<br>3 when you said "this area"? I'm trying to understand<br>4 what that means.<br>5  A. I don't know the answer to your question.<br>6 It was just represented as core earnings.<br>7  Q. Okay.<br>8   MS. ZADIKANY: I'm going to mark -- I'm<br>9   going to show you Exhibit 250, previously<br>10   marked Exhibit 250.<br>11   (Deposition Exhibit 250, previously<br>12   marked, was presented to the witness.)<br>13 BY MS. ZADIKANY:<br>14  Q. Is this the spreadsheet that you're<br>15 talking about with the data that you used to calculate<br>16 the 2,195?<br>17  A. Yes.<br>18  Q. Okay. So let's go through this because I<br>19 want to make sure we both understand what we're looking<br>20 at here. And you may actually know more about this<br>21 spreadsheet than I do.<br>22   So on the top left in column A, row 5, it<br>23 says "Locks-PTW." Do you have an understanding of what<br>24 that represents?<br>25  A. No. | Page 140<br>1  A. I have not.<br>2  Q. Did you ask for one?<br>3  A. I did not.<br>4  Q. Okay. So do you have an understanding of<br>5 how they would -- so we don't know what the total<br>6 revenue is, we don't know what the total variable<br>7 expense is, right?<br>8   What does contribution margin mean? Do<br>9 you know what that means?<br>10  A. Yes. Contribution margin is the<br>11 contribution typically to profit of some particular<br>12 aspect of the business or particular line or a<br>13 particular transaction. And contribution margin would<br>14 hold fixed costs constant as the volumes vary.<br>15  Q. All right. And then next we have all<br>16 sorts of categories of fixed expenses. Do you see that?<br>17 Legal, salaries, advertising, travel and entertainment?<br>18  A. Yes.<br>19  Q. Okay. And we have -- we don't know what<br>20 the total fixed expenses are. And then we have core<br>21 earnings.<br>22  A. Right.<br>23  Q. So is it your understanding -- maybe you<br>24 know, maybe you don't. I don't know because it is<br>25 blacked out -- that the core -- how core earnings was |
| Page 139<br>1  Q. But is that a revenue-earning category?<br>2 A revenue-generating category?<br>3  A. Since I don't know what it is, I couldn't<br>4 give you an answer. I don't know.<br>5  Q. Okay. What about funding?<br>6  A. I don't know the specific definition.<br>7  Q. So you don't know what that number<br>8 represents?<br>9  A. Not specifically, no.<br>10  Q. Do you know generally?<br>11  A. I'd be speculating.<br>12  Q. Okay. And what about units funded?<br>13  A. That's the volume of the loans closed.<br>14  Q. So number of loans closed per each of the<br>15 month -- each month?<br>16  A. Correct. Correct.<br>17  Q. Okay. So we see in December, it's 1,081;<br>18 November of 2020, it's 978; October of 2020, 1,100;<br>19 September of 2020, 1,003; is that right?<br>20  A. It is.<br>21  Q. Okay. And then it says "Revenue." And<br>22 then it's all blacked out, right?<br>23  A. Yeah.<br>24  Q. So did you see a non-blacked-out version<br>25 of this spreadsheet at any point? | Page 141<br>1 calculated?<br>2  A. I don't know exactly because the detail's<br>3 blacked out.<br>4  Q. Did you ask?<br>5  A. No.<br>6  Q. Okay. So we don't know where the revenue<br>7 came from. We don't know from this chart -- is that<br>8 right, we don't know where the revenue came from and how<br>9 that's calculated?<br>10  A. No. The revenue came from the funding of<br>11 the units, that's what this would tell us, but we don't<br>12 have the revenue number. But that's what this is<br>13 telling us.<br>14  Q. Well, how do you know that the only<br>15 source of revenue is from the funding of the units?<br>16  A. We don't because there are blacked-out<br>17 areas about interest income and other sources of<br>18 revenue, so we don't know.<br>19  Q. So it looks like there are categories for<br>20 mortgage banking revenue, total mortgage banking income,<br>21 mortgage servicing revenue and net interest income.<br>22   Do you see that?<br>23  A. Yup.<br>24  Q. Which part of the business, based on your<br>25 understanding, does the underwriter fall into? |