## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| HOME POINT FINANCIAL ) | |
| CORPORATION, ) | |
|     ) | |
|     Plaintiff, ) | |
|     vs.    ) | Case No. 6:20-cv-01819-CEM-EJK |
|     ) | |
| DONALD MARK LANE, CANDACE ) | Judge Carlos E. Mendoza |
| ROBERTSON, CHRISTOPHER ) | |
| WILKINS, and GUARANTY HOME ) | |
| MORTGAGE CORPORATION, ) | |
|     ) | |
|     Defendants. ) | |

### DECLARATION OF LUCY HOLIFIELD
### IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT
### WITNESS TESTIMONY OF DR. HENRY FISHKIND

Andrew S. Rosenman
MAYER BROWN LLP
Andrew S. Rosenman (*pro hac vice*)
Lucy L. Holifield (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Phone: 312-782-0600
Fax: 312-701-7711
arosenman@mayerbrown.com
lholifield@mayerbrown.com

ALLEN NORTON & BLUE, P.A.
David J. Stefany
Daniel E. Kalter
324 South Hyde Park Avenue
Tampa, FL 33606
Phone: 813-251-1210
Fax: 813- 253-2006
dstefany@anblaw.com
dkalter@anblaw.com

MAYER BROWN LLP
Ruth Zadikany (*pro hac vice*)
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
Phone: 213-229-9500
Fax: 213-576-8179
rzadikany@mayerbrown.com

I, Lucy Holifield, declare as follows:

1. I am an associate with the law firm Mayer Brown LLP and counsel to Plaintiff Home Point Financial Corporation ("Home Point") in the above-captioned litigation. I am a member of the State Bar of Illinois and am admitted *pro hac vice* to the United States District Court for the Middle District of Florida. I submit this declaration in support of Home Point's contemporaneously filed Motion To Exclude Expert Witness Testimony Of Dr. Henry Fishkind. I certify that I have personal knowledge of the matters asserted herein and, if called as a witness, could testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report served in this litigation by Henry (Hank) Fishkind dated May 1, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the June 16, 2023 deposition of Henry (Hank) Fishkind in condensed form. Certain portions of testimony have been outlined in red to facilitate review.

4. Attached hereto as **Exhibit C** is a true and correct copy of an article retrieved online on September 1, 2023 at https://www.stratmorgroup.com/to-pay-or-not-to-pay-the-question-of-signing-bonuses/. Upon information and belief, **Exhibit C** is the STRATMOR Group source titled "To Pay or Not to Pay: The Question of Signing Bonuses," by Jim Cameron dated July 2022, which is cited by Fishkind in Exhibit #3 (Materials Reviewed or Relied Upon) to his May 1, 2023 Expert Report.

1

5. Attached hereto as **Exhibit D** is a true and correct copy of Home Point's Objections And Responses To Defendant Candace Robertson's Third Set Of Interrogatories dated May 18, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email from Matthew Hall (defense counsel in this litigation) to Henry (Hank) Fishkind dated April 13, 2023, which was produced by Matthew Hall on behalf of Fishkind on June 16, 2023 pursuant to a subpoena served upon Fishkind by Home Point. Redactions have been made to protect the privacy of certain individuals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of September 2023 in Chicago, Illinois by:

_____
Lucy Holifield