Page 1

1           VIDEOTAPED DEPOSITION OF STUART LYNN 30(b)(6)
2                           June 12, 2023
3                IN THE UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
4                         ORLANDO DIVISION
       _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
5
       HOME POINT FINANCIAL            )
6      CORPORATION                     )
                                       )
7                 Plaintiff,           )
                                       )Case No.:
8      v.                              )6:20-CV-01819-CEM-EJK
                                       )
9      DONALD MARK LANE, CANDACE       )
       ROBERTSON, CHRISTOPHER          )
10     WILKINS, and GUARANTY HOME      )
       MORTGAGE CORPORATION            )
11                                     )
                  Defendants.          )
12     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
13     APPEARANCES:
14                     FOR THE PLAINTIFF:
15                     Lucy L. Holifield, Esq.
                       Andrew S. Rosenman, Esq.
16                     MAYER BROWN
                       71 South Wacker Drive
17                     Chicago, Illinois  60606
18                     Ruth Zadikany, Esq.
                       MAYER BROWN
19                     333 South Grand Avenue
                       47th Floor
20                     Los Angeles, California  90071
21                     FOR THE DEFENDANTS:
22                     S. Gordon Hill, Esq.
                       HILL, WARD & HENDERSON
23                     101 East Kennedy Boulevard
                       Suite 3700
24                     Tampa, Florida  33602
25     ALSO PRESENT:   Stephanie Freeman, Videographer

Page 15

1    A.    Yes.  November was 1,087.
2    Q.    So did GHMC hire the individuals it
3  hired in September, 2020, from Home Point to help it
4  process the high volume it was experiencing in
5  August, 2020?
6          MR. HILL:  Objection.
7    A.    It hired the team to help improve
8  the output.  That did not happen.
9    Q.    Did it hire the Home Point team to
10 help it process what you characterized was a peak of
11 loan decisions being made in August, 2020?
12   A.    No.  We hired the underwriters and
13 the support staff that came with them, the closers
14 and the (inaudible) to help improve our throughput,
15 and that did not happen.
16   Q.    So it wasn't to help it process
17 loan volume at the time?
18         MR. HILL:  Objection.
19   A.    It was to improve our capability
20 with regards to loan volume, and that clearly did
21 not happen.  We were already doing that volume
22 without them there.  When they came on board, our
23 volume did not go up.
24   Q.    But you needed them to help you
25 process the volume that you had, which was large in

1   August and December of 2020?
2        A.    No.  We were already doing the
3   volume before they were there.
4        Q.    I'm going to show you a document
5   Bates labeled GHMC 003297.
6              MS. HOLIFIELD:  For the court
7        reporter, this can be marked Exhibit 250.
8    (Exhibit 250 -- Excel Document-Contribution Margin
9              Statement - GHMC 003297)
10       Q.    It's opening up, so just be patient
11  with me.
12       A.    Okay.
13       Q.    Can you see the document?
14       A.    Yes, I can.  You just made it
15  really small, though.
16       Q.    All right.
17             MR. HILL:  I can't see it.
18       Q.    Let me try something different.
19  Can you see the document better now?
20       A.    Yes.
21       Q.    All right.  What does this document
22  show?
23       A.    This shows a number of things.  It
24  shows our pull-through weighted locks, our total
25  dollars funded, total units funded, and then it

1  GHMC have dictated how those individuals would have
2  run those searches or would it have relied on those
3  individuals to conduct that search, excuse me, to
4  conduct those searches on their own accord?
5           MR. HILL:  Objection.
6       A.  I don't know what the specific
7  instruction would have been to them.
8       Q.  At the time GHMC hired the Home
9  Point underwriters or the underwriters that came
10 from Home Point in September, 2020, what was its
11 motivation in doing so?
12      A.  Motivation was in the hopes of
13 generating additional capacity to underwrite
14 additional loans, more than we were capable of at
15 that particular point in time.
16      Q.  And did the hiring of those
17 individuals result in that?
18      A.  No.
19      Q.  Why not?
20      A.  They were unable to add any kind of
21 significant volume into our system.  They moved from
22 a highly automated system to a less than automated
23 system and they struggled with that.
24      Q.  In the course of GHMC's hiring Ms.
25 Robertson, Mr. Lane, and the rest of the individuals

Page 50

1   documents we produced that there was no appreciable
2   change in either underwritten or decisioned loans or
3   in funded loans.
4         Q.    Which of the documents we looked at
5   conveys that?
6         A.    I think we've looked at three
7   documents in particular that convey that.  There's
8   one document that showed the total number of loans
9   underwritten with each of the underwriters' names on
10  it by months, July, August, September, October,
11  November, December.  There's a document that shows
12  the core earnings per month for the year 2020, which
13  also has the number of funded units in it by month,
14  and then there was another one that had -- another
15  document that had the total number of loans that
16  were underwritten or decisioned over a multiyear
17  period that you all had requested that listed the
18  total number per month underwritten, and if you look
19  at the periods immediately preceding when the
20  underwriters themselves -- which is a small
21  subsection of the people that came over.  If you
22  look at the number of loans underwritten prior to
23  them coming on board versus after they came on
24  board, there was no appreciable increase in the
25  number of underwritten loans and there was no

Page 51

1   appreciable increase in the number of funded loans.
2   The derived benefit from them coming on was actually
3   a derived loss, because we increased our payroll and
4   did not increase our output.
5          Q.     If the underwriters that came over
6   from Home Point in September of 2020 were performing
7   poorly, why didn't GHMC terminate them?
8          A.     GHMC did begin to terminate them,
9   along with other folks, as our volumes declined and
10  we had reductions in force.
11         Q.     When was that first reduction in
12  force?
13         A.     I think it was June, 2021.
14         Q.     I think I asked you this earlier
15  before the corporate representative portion of your
16  deposition, but I'm going to ask again.  Does GHMC
17  track which underwriters close a particular loan?
18              MR. HILL:  Objection.  I'll allow
19         him to answer, but I believe it's been asked
20         and answered in both separate depositions.
21         Go ahead.
22         A.     Underwriters don't close a loan.
23  The only responsibility they have is to underwrite a
24  loan and, yes, we know which underwriters underwrote
25  which loan.

|  | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 7 | 8 | 9 | 10 | 11 | 12 | Grand Total |
| Count of Loan# | 1,114 | 1,331 | 1,216 | 1,254 | 1,087 | 1,300 | 7,302 |

CONFIDENTIAL

GHMC 003257

EXHIBIT
248

| Count of Loan# | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Labels | 7 | 8 | 9 | 10 | 11 | 12 | Grand Total |
| ███ | | 18 | 23 | 72 | 17 | | 130 |
| ███ | | | | | 2 | 9 | 11 |
| Ann Webb | | | | | 19 | 9 | 28 |
| ███ | | | 4 | 1 | | 3 | 19 | 27 |
| ███ | | | | | 53 | 26 | 43 | 122 |
| ███ | | 65 | 84 | 94 | 55 | 56 | 38 | 392 |
| Brian Dwyer | | | | | 22 | 32 | 36 | 90 |
| Carla Rigdon | | | | | 33 | 32 | 36 | 101 |
| Chandy Burke | | | | | 21 | 39 | 54 | 114 |
| Charlene Murray | | | | | 34 | 24 | | 58 |
| ███ | | 87 | 114 | 52 | 72 | 39 | 60 | 424 |
| Chris Wilkins | | 1 | | | 20 | 48 | 30 | 99 |
| ███ | | 26 | 48 | 34 | 31 | 34 | 31 | 204 |
| ███ | | 8 | 31 | 10 | 18 | 7 | 27 | 101 |
| Claudio Betts | | | | | 29 | 20 | 44 | 93 |
| Daniel Cook | | | | | 20 | 30 | 13 | 63 |
| ███ | | 69 | 72 | 54 | 40 | 27 | 52 | 314 |
| ███ | | 40 | 29 | 31 | 21 | 37 | 30 | 188 |
| ███ | | 78 | 87 | 77 | 69 | 51 | 57 | 419 |
| ███ | | | | | | | 1 | 1 |
| Don Lane | | | | | | | 1 | 1 |
| ███ | | 24 | 1 | | | | | 25 |
| ███ | | | 1 | 2 | | | | 3 |
| ███ | | 83 | 119 | 77 | 84 | 53 | 83 | 499 |
| ███ | | 2 | 1 | | | | | 3 |
| ███ | | 40 | 39 | 33 | 19 | 17 | 5 | 153 |
| ███ | | | | 2 | 2 | | | 4 |
| ███ | | 5 | 4 | 5 | | 1 | 4 | 19 |
| ███ | | 77 | 71 | 86 | 61 | 49 | 75 | 419 |
| Jarrett Herrin | | | | | 22 | 33 | 46 | 101 |
| ███ | | | | | | 4 | 8 | 12 |
| ███ | | 37 | 51 | 41 | 43 | 42 | 47 | 261 |
| ███ | | 1 | 3 | 1 | 1 | 1 | | 7 |
| ███ | | 63 | 66 | 63 | 29 | | | 221 |
| ███ | | 71 | 51 | 56 | 49 | 44 | 55 | 326 |
| ███ | | 1 | 34 | 51 | 55 | 42 | 49 | 232 |
| ███ | | 71 | 77 | 75 | 31 | | 3 | 257 |
| ███ | | 32 | 91 | 60 | 35 | 27 | 41 | 286 |
| Michelle Izquierdo | | | | | 24 | 29 | 31 | 84 |
| ███ | | 1 | 1 | 3 | | | 18 | 23 |
| ███ | | | 1 | | 15 | 50 | 44 | 110 |
| ███ | | | | 5 | 5 | | 5 | 15 |
| ███ | | | | 2 | 1 | 5 | | 8 |
| ███ | | 4 | 32 | 52 | 48 | 48 | 59 | 243 |
| ███ | | 9 | 21 | 9 | 11 | 14 | 5 | 69 |
| ███ | | | | | | | 6 | 6 |
| ███ | | 36 | 39 | 48 | 37 | 12 | 23 | 195 |
| ███ | | | | | | 1 | 6 | 7 |
| ███ | | | | | | 8 | 18 | 26 |
| ███ | | 22 | | | | | | 22 |
| ███ | | 29 | 43 | 51 | 50 | 49 | 52 | 274 |



|  |  |  |  |  |  | 1 | 1 |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 1 | 2 | 4 |
|  | 56 | 32 | 2 |  |  |  | 90 |
|  | 58 | 61 | 67 | 57 | 41 | 33 | 317 |
| Grand Total | 1,114 | 1,331 | 1,216 | 1,254 | 1,087 | 1,300 |  7,302 |

CONFIDENTIAL
GHMC 003259