Page 1

```
 1              VIDEOTAPED DEPOSITION OF STUART LYNN
 2                         June 12, 2023
 3            IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 4                       ORLANDO DIVISION
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 5
     HOME POINT FINANCIAL           )
 6   CORPORATION                    )
                                    )
 7              Plaintiff,          )
                                    )Case No.:
 8   v.                             )6:20-CV-01819-CEM-EJK
                                    )
 9   DONALD MARK LANE, CANDACE      )
     ROBERTSON, CHRISTOPHER         )
10   WILKINS, and GUARANTY HOME     )
     MORTGAGE CORPORATION           )
11                                  )
                Defendants.         )
12   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
13   APPEARANCES:
14                    FOR THE PLAINTIFF:
15                    Lucy L. Holifield, Esq.
                      Andrew S. Rosenman, Esq.
16                    MAYER BROWN
                      71 South Wacker Drive
17                    Chicago, Illinois  60606
18                    Ruth Zadikany, Esq.
                      MAYER BROWN
19                    333 South Grand Avenue
                      47th Floor
20                    Los Angeles, California  90071
21                    FOR THE DEFENDANTS:
22                    S. Gordon Hill, Esq.
                      HILL, WARD & HENDERSON
23                    101 East Kennedy Boulevard
                      Suite 3700
24                    Tampa, Florida  33602
25   ALSO PRESENT:    Stephanie Freeman, Videographer
```

Page 40

```
 1        Q.      In September of 2020, did GHMC use
 2   recruiters to hire underwriters or support staff?
 3        A.      Sometimes.
 4        Q.      Did it use any such recruiters in
 5   Florida in September of 2020?
 6        A.      Could you clarify that?  Like to
 7   recruit specifically within the state of Florida?
 8        Q.      Yes.
 9        A.      No.  We didn't direct any recruiter
10   specifically where to recruit.
11        Q.      So when GHMC uses recruiters, it's
12   generally without regard to a specific state?
13        A.      Yes.
14        Q.      Because of the remote aspect that
15   is typical of a lot of underwriters?
16        A.      And all staff, yes.
17        Q.      And all staff, okay.  So GHMC did
18   use recruiters in September, 2020, in some ways?
19        A.      Sometimes, yes.
20        Q.      What determines whether GHMC uses a
21   recruiter or not?
22        A.      The availability of people applying
23   for roles online, if you will, to our website.  We
24   have an employment website.  If we are not able to
25   generate applications for people filling the roles
```

Page 41

1    we have posted, either through personal contacts or
2    business industry contacts or through -- we had --
3    at a point in time, we had an internal professional
4    recruiter that we hired who was on staff for us.  If
5    we could not generate contacts through her efforts,
6    through various websites that she used for any role,
7    then we would go out to recruiters and ask them to
8    find us a closer or find us two closers or find us
9    an account executive or whatever role we were
10   looking -- or roles we were looking to fill.  They
11   were our last resort.  They were not our primary
12   means of hiring.
13           Q.      So it's fair to say, if you guys
14   have sufficient numbers of folks applying online, it
15   alleviates the need for a recruiter?
16           A.      Sometimes.
17           Q.      What was your internal recruiter's
18   name at GHMC?
19           A.      Geez, I don't remember that.
20           Q.      That's okay.  Do you remember what
21   time period you had the internal recruiter at GHMC?
22           A.      She came sometime in 2020, and I
23   think she left at the end of 2021, because we were
24   no longer upsizing.  We were downsizing.
25           Q.      Starting when in 2021 were you