| Employee Name | Employee No. | Source File | Job on 9/30/2020 | Department on 9/30/2020 | Code | Amount | Date of Payment | Amount of Payment | Date of Recoupment | Amount of Recoupment | Total Spend | Original Hire Date | Term Date 1 | Rehire Date 1 | Term Date 2 | Rehire Date 2 | Term Date 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo, Kimberly M | DXV3G9USE | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 8/7/2017 | 11/1/2022 | | | | |
| Aguilera, Henrietta M | 9KWO81W7W | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/12/2016 | 5/25/2022 | | | | |
| Aikens, Cassandra | 8X654E5U0 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/15/2016 | 7/30/2021 | 8/9/2021 | 4/4/2023 | | |
| Allen, Takisha | GBPLI8ZMW | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/24/2020 | 1/7/2022 | | | | |
| Anthony, Kelly | EMIFU0RXD | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/1/2017 | 11/1/2022 | | | | |
| Antonino, Joanne E | U1SD554P1 | Maitland 09.25.20 | Director - Underwriting | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 7/15/2019 | 6/4/2021 | | | | |
| Armand, Maria M | TYNBC9HHW | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/17/2020 | 10/28/2021 | | | | |
| Axton, Jane M | 6NKSSAG6N | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 5/4/2020 | 11/1/2022 | | | | |
| Baker, Karen A | QHBZXEEON | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/24/2020 | 10/22/2021 | | | | |
| Balderrama, Gina M | 79I3EBR9Y | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 9/6/2019 | 11/1/2022 | | | | |
| Bandomo, Gabriel | FMBTB97X2 | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 5/6/2019 | 7/21/2021 | | | | |
| Bates, Kyle | 6FI0P477C | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 8/10/2020 | 7/29/2022 | | | | |
| Bates, Lesley A | I8OEDMNIU | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 5/20/2019 | 5/25/2022 | | | | |
| Beneby, Roxann A | O15SDTKGR | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 8/12/2019 | 11/1/2022 | | | | |
| Bergquist, Vicky L | A5A1FUYI7 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/3/2019 | 11/1/2022 | | | | |
| Bissonette, Shawn D | 5AL5Q27K1 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 3/9/2020 | | | | | |
| Blair, Ron | O9VNGPM7C | Maitland 10.09.20 | Director - Closing | TPO Operations Maitland - Closing | Retention Bonus | $ 15,000.00 | 10/9/2020 | 15000 | | | 15000 | 6/20/2016 | 5/13/2021 | | | | |
| Boekhout, Kimberly B | A2YD1GRDE | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 4/20/2020 | 11/1/2022 | | | | |
| Boone, Kimberly K | OCYGPK0N8 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/3/2019 | 4/4/2023 | | | | |
| Bowman, Jennifer L | 6XHBY3M9K | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/18/2015 | 11/1/2022 | | | | |
| Bowman, Melissa F | AHVVVS217 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/15/2020 | | | | | |
| Bradley, Leisha C | AK3COI27A | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/14/2020 | 9/22/2021 | | | | |
| Burkeen, James C | MYENWP5EA | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/31/2020 | 11/1/2022 | | | | |
| Caines, Camille K | QR6NG2NOA | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 10/28/2019 | 6/25/2021 | | | | |
| Castelo, Isaac | RFULPDOQ2 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/17/2020 | 11/1/2022 | | | | |
| Chartrand, Stacey L | XXX61UAS3 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 11/25/2019 | 11/1/2022 | | | | |
| Ciriaco, Edward A | T0XLVLMW0 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 3/9/2020 | 6/25/2021 | | | | |
| Clark, Jared N | GJNEU6L83 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 4/30/2018 | 9/17/2021 | | | | |
| Clark, Tiffani | J6S80HD6W | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 9/8/2020 | 3/1/2021 | | | | |
| Clarke, Kathleen D | YKGKEF8BQ | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/1/2015 | 11/1/2022 | | | | |
| Clarke, Steve A | LF29PP7PP | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 3/30/2020 | 5/25/2022 | | | | |
| Colon-Lantz, Iris J | OGJGUWIXR | Maitland 10.09.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 10/9/2020 | 20000 | | | 20000 | 9/6/2016 | 5/31/2022 | | | | |
| Connors, Kisha M | 6DELFODO9 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 10/31/2019 | 2/11/2022 | | | | |
| Cordray, Keelan A | WV5PY4F5U | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 4/20/2020 | 11/1/2022 | | | | |
| Costley, Devin K | 7AJJAQYNO | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 6/10/2019 | 2/11/2022 | | | | |
| Costley, Lindsay E | W0HIBK5OS | Maitland 09.25.20 | Senior Director - Loan Coordination | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 15000 | 9/25/2020 | 15000 | | | 15000 | 7/11/2016 | | | | | |
| Crawford, Erin A | DJOFGZUEC | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/22/2020 | 4/20/2021 | | | | |
| Credell, Shalia L | 1KUI1VJOA | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 2/16/2020 | 11/1/2022 | | | | |
| Cromer, Laken | YFC2Z26GM | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/10/2020 | 11/1/2022 | | | | |
| De Jesus, Rebecca | HCRCL5CCD | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/19/2019 | 11/1/2022 | | | | |
| Demyan, William C | 0XB3GYJDZ | Maitland 09.25.20 | Underwriting Team Lead | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/1/2016 | 4/4/2023 | | | | |
| Denio, Michael | B3Y4LWZ1H | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/31/2020 | 3/29/2022 | | | | |
| Di Monda, Lianna | MTBRYJIQU | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/1/2017 | 11/1/2022 | | | | |
| Diaz, Bibi Alisha | 867U0XTNK | Maitland 09.25.20 | Director - Loan Coordinator Development | TPO Operations Loan Coordinator Futures | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 7/9/2018 | 4/4/2023 | | | | |
| Diaz, Blanca E | R1GZWQ4KB | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/8/2016 | 11/1/2022 | | | | |
| Doan, Lynda J | A02PSWPJT | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/31/2020 | 3/8/2021 | | | | |
| Doyle, Rachel L | EJDB39NPB | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/22/2020 | 5/24/2022 | | | | |
| Drader, Jeremy E | 3FLSQ4B2V | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/31/2020 | 11/1/2022 | | | | |
| Draine, Anetra R | VJSQFH47P | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/9/2016 | 10/29/2021 | | | | |
| Eaton, Nicole R | ZT5HZDPW9 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/22/2020 | 5/25/2022 | | | | |
| Endriga, Emily E | 7ISJ2ZZPF | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 7/6/2016 | 3/8/2022 | | | | |
| Epps, Kewanda L | QUQOZA2E4 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 9/14/2020 | 5/25/2022 | | | | |
| Evans, Mason J | O56RN8QZV | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/23/2019 | 10/29/2021 | | | | |
| Evans, Tonya | ER0AMAFVK | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2017 | 11/1/2022 | | | | |
| Filippini, Suzanne M | D31YK41UM | Maitland 10.09.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | $ 5,000.00 | 10/9/2020 | 5000 | | | 5000 | 7/18/2016 | 6/26/2017 | 12/2/2019 | 10/28/2021 | | |

EXHIBIT 7

| Name | ID | Location | Role | Department | Bonus Type | Amount | Date | Amount2 | Date3 | Amount3 | Amount4 | HireDate | EndDate | D1 | D2 | D3 | D4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flemmings, Laura | 8P386ND3K | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 8/10/2020 | 6/21/2021 | | | | |
| Fowler, Amy M | NQE4JLENB | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/3/2020 | 5/25/2022 | | | | |
| Freeman, John | DJ06FIS7P | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/10/2020 | 9/10/2021 | | | | |
| Fulton, Nancy L | 4Z3IRL8VR | Maitland 10.09.20 | Director - Underwriting Manager | TPO Operations Maitland - Underwriting | Retention Bonus | $ 25,000.00 | 10/9/2020 | 25000 | | | 25000 | 10/27/2019 | 11/1/2022 | | | | |
| Gazibara, Barbara A | R73PKA7ZW | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2015 | 10/29/2021 | | | | |
| Gefner, Charles | AA33MUBMU | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/31/2020 | 11/1/2022 | | | | |
| Geraldo, Rita L | 0E9NRUDK8 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/14/2020 | 6/25/2021 | | | | |
| Gibson, Terra K | J2QQIHMRT | Maitland 09.25.20 | Director - Funding | TPO Operations Maitland - Closing | Retention Bonus | 15000 | 9/25/2020 | 15000 | | | 15000 | 11/4/2019 | 5/25/2022 | | | | |
| Gill, Tamara | X0GUF56WO | Maitland 09.25.20 | Director - Closing | TPO Operations Maitland - Closing | Retention Bonus | 15000 | 9/25/2020 | 15000 | | | 15000 | 9/10/2018 | 9/29/2021 | | | | |
| Graham, Julie L | RGU28GWNV | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/1/2017 | 4/4/2023 | | | | |
| Grother, Sheri A | 637WA7MNC | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/8/2017 | | | | | |
| Gurskaya, Anna | 0T8MND4KK | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 7/15/2019 | 11/1/2022 | | | | |
| Haines-Vogel, Mary | 3K827RR3Z | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 10/24/2016 | 10/29/2021 | | | | |
| Hamilton, Kellie D | 7DFDG1POI | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 30,000.00 | 9/25/2020 | 30000 | | | 30000 | 4/23/2012 | 1/26/2022 | | | | |
| Hankins, Dana J | 7R2T2H291 | Maitland 09.25.20 | Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 4/13/2020 | 7/9/2021 | | | | |
| Harris, Laverne D | PY2AKIVFS | Maitland 09.25.20 | Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 4/13/2020 | 6/25/2021 | | | | |
| Hartman, Craig L | 8BS8ZUZNJ | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/6/2016 | 2/10/2022 | | | | |
| Hender, Samantha | L6LQH5MUM | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 4/2/2018 | 11/1/2022 | | | | |
| Herrera, Evelyn | MY8O52J40 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/10/2020 | 2/25/2022 | | | | |
| Herrick, Brian P | C7I7MIPK7 | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 8/12/2019 | 8/16/2022 | | | | |
| Hill, Meredith S | Q8YQFNOAA | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 12/15/2019 | 4/4/2023 | | | | |
| Hinson, Tracey L | 86IBWSAJ9 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/3/2019 | 11/1/2022 | | | | |
| Hoffmann, Sharon K | 8TP7STBYU | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 7/30/2018 | 11/1/2022 | | | | |
| Huber, Jaclyn A | IONVIZTY3 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 2/23/2020 | 11/1/2022 | | | | |
| Hughes, Charmaine | 65ZR1L3Q0 | Maitland 10.09.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 10/9/2020 | 20000 | | | 20000 | 9/21/2020 | 10/29/2021 | | | | |
| Humes, Darryl J | 4B1ZFGCFM | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/8/2015 | 2/25/2022 | | | | |
| Hunter, Khendra L | ABGIB5CNW | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 9/14/2020 | 10/28/2021 | | | | |
| Jackson, April D | WIHFAT9PZ | Maitland 09.25.20 | Funding - Lead | TPO Operations Maitland - Closing | Retention Bonus | 7500 | 9/25/2020 | 7500 | | | 7500 | 3/9/2020 | 8/9/2022 | | | | |
| Jaworski, Melanie | AKSL5I2PG | Maitland 10.09.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 10/9/2020 | 20000 | 12/18/2020 | -20000 | 0 | 9/21/2020 | 10/26/2020 | | | | |
| Jensen, Chad L | AY5U62IOK | Maitland 09.25.20 | Director - Closing and Funding Developme | TPO Operations Closing Futures | Retention Bonus | 20000 | 9/25/2020 | 20000 | | | 20000 | 3/7/2016 | 11/17/2022 | | | | |
| Joel, Courtney E | NHE3HZ6JL | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/3/2020 | 11/1/2022 | | | | |
| Johnson, Jessica A | 78SPPUY7Q | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 7/8/2019 | 11/1/2022 | | | | |
| Johnson, Melissa T | 81TFTZ342 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 7/27/2020 | 3/12/2021 | | | | |
| Johnson, Tanya D | XC5U5DR4V | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/14/2020 | 5/25/2022 | | | | |
| Judilla, Edwin C | F53H885BQ | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/17/2020 | | | | | |
| Juravle, Mary H | CKU0OEPVP | Maitland 09.25.20 | Closing Coordinator | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 3/14/2016 | 2/1/2022 | | | | |
| Kerwood, Elizabeth H | W1W1F6LGH | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 8/10/2020 | 11/17/2022 | | | | |
| Kimbrough, Lynn S | 8JC207A3K | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 5/11/2020 | 5/25/2022 | | | | |
| Kocsis, Thomas S | SOSYVBT7Z | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/17/2020 | 7/14/2021 | | | | |
| Kottman, Katherine K | DBDEB7F5J | Maitland 09.25.20 | Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/1/2017 | | | | | |
| Kozawick, Ashley | 3WFSN1VNC | Maitland 10.09.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | $ 10,000.00 | 10/9/2020 | 10000 | | | 10000 | 8/24/2020 | 6/28/2021 | | | | |
| Kramer, Melissa M | GG36HRNQY | Maitland 09.25.20 | Senior Director - Underwriting Manager | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 7/16/2011 | 10/12/2018 | 1/28/2019 | 12/11/2019 | 12/13/2019 | 6/24/2021 |
| LaBoy-Galarza, Jody L | FYQRXTRL4 | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 3/8/2016 | 5/31/2022 | | | | |
| Ladow, Kevin | DHFQOYSM8 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2017 | 5/25/2022 | | | | |
| Lawson, Erica L | UG9UBE55L | Maitland 09.25.20 | Director - Closing | TPO Operations Maitland - Closing | Retention Bonus | 15000 | 9/25/2020 | 15000 | | | 15000 | 8/26/2019 | 4/23/2021 | | | | |
| Lopez, Kim | 7X0PAHU5Q | Maitland 09.25.20 | Senior Director - Loan Coordination | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 15000 | 9/25/2020 | 15000 | | | 15000 | 4/27/2015 | | | | | |
| Macias-Bates, Adriana E | 3QPX7BX9E | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 10/27/2019 | 9/2/2021 | | | | |
| Martin, Jarrel J | UED9OB3T5 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/16/2019 | 11/1/2022 | | | | |
| Martinez, Ishmael N | QXR6YDNJW | Maitland 09.25.20 | Closing Coordinator | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 5/11/2020 | 4/4/2023 | | | | |
| Martucci, Jacqueline E | 5W170DW2F | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 6/15/2020 | 5/26/2022 | | | | |
| Mason, Kristen | QDOYGDCTT | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | 9/30/2020 | -8285.83 | 1714.17 | 2/29/2016 | 11/20/2020 | | | | |
| McElhenny, Lisa K | TQBU53HZA | Maitland 10.09.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 10/9/2020 | 20000 | | | 20000 | 9/21/2020 | 11/1/2022 | | | | |
| McGaha, Ryan M | KVRQAOS11 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/14/2020 | 4/4/2023 | | | | |
| McKenzie-Ewing, Garcia | IYFDE9B3T | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2020 | 5/25/2022 | | | | |
| Meagher, Brenda | WY64DZIEH | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 4/4/2016 | 4/4/2023 | | | | |
| Medina, Nilsa E | MH188EGWS | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/15/2016 | 4/9/2021 | 5/3/2021 | 8/5/2021 | | |
| Mitchell, Mary E | SXMUDETPH | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 9/17/2018 | 5/25/2022 | | | | |

| Name | ID | Location | Role | Department | Bonus Type | Amount | Date | Amount2 | | | Amount3 | Date Start | Date End | Date3 | Date4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monninger, Trish D | BU9GKXXNU | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2020 | 2/1/2022 | | |
| Montalvo, Dominique | 84NYFR2X0 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/17/2020 | 10/29/2021 | | |
| Moore, Andre A | NTLXG0I76 | Maitland 10.09.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 10/9/2020 | 20000 | | | 20000 | 9/21/2020 | 11/4/2021 | | |
| Moore, Tenisha L | TFQ8EAVBW | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/31/2020 | | | |
| Morgan, Rodney C | YH7IXZ9X4 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 2/23/2020 | 6/25/2021 | | |
| Muhammad, Aaisha T | DMW78050W | Maitland 09.25.20 | Senior Underwriter | TPO Operations Underwriting Select | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 9/14/2020 | 3/8/2021 | | |
| Newman Jr, Walter J | JV32N0ROS | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/21/2017 | 10/29/2021 | | |
| Nixon, Alfred | G59034ZTD | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/31/2020 | 6/25/2021 | | |
| Nunez, Angela I | OV2RN0SBD | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 8/12/2019 | 2/12/2021 | | |
| OBrien, Melinda A | TTYNBPP0G | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/11/2020 | 4/4/2023 | | |
| Ochoa, Devvon | PX7MTXR61 | Maitland 09.25.20 | Senior Director - Closing and Funding Dev | TPO Operations Closing Futures | Retention Bonus | 20000 | 9/25/2020 | 20000 | | | 20000 | 9/12/2016 | | | |
| Ochoa, Natalie | 46YWW3NYA | Maitland 09.25.20 | Closing Coordinator | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 8/17/2020 | 5/25/2022 | | |
| Ortiz, Javier X | OIHM6ZZGJ | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/31/2020 | 4/4/2023 | | |
| Pagan, Jasmine | XS82OJZ4I | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 3/19/2018 | 4/4/2023 | | |
| Patel, Deven H | V2JPSMNBD | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/22/2020 | 6/15/2022 | | |
| Paul, Sherley | R4VOCMOAA | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/28/2019 | 5/25/2022 | | |
| Pelletier, Harrietta | P2XOGMCQS | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 7/25/2016 | 9/23/2021 | | |
| Pettie, Rhonda R | VKPNBQBKW | Maitland 09.25.20 | Senior Underwriter | TPO Operations Underwriting Futures | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/24/2019 | 11/1/2022 | | |
| Phillips, JaTonya C | K8FSQEOMK | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 8/24/2020 | 2/11/2022 | | |
| Porter, Gregory V | HPOINT006 | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 11/19/2018 | 5/25/2022 | | |
| Powell, Kimberly A | YP2YW27W4 | Maitland 09.25.20 | Loan Coordinator Pipeline Analyst | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 7/13/2020 | 1/27/2022 | | |
| Ramirez, Nelson Y | LBMR26SG5 | Maitland 09.25.20 | Underwriting Pipeline Analyst | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 11/11/2019 | 4/7/2022 | | |
| Rasi, Kimberly J | RIT0DWW1R | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 6/15/2015 | 11/1/2022 | | |
| Rhom, Casey J | ATNP7KJ2M | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/18/2020 | 6/25/2021 | | |
| Richter, Marlin D | TF1TEQOWX | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 3/11/2019 | 11/1/2022 | | |
| Ringman, Jill L | 6ZZA34IQU | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/22/2020 | 11/1/2022 | | |
| Rivera, Yazmin Y | MXKI7VI8I | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 15000 | 9/25/2020 | 15000 | | | 15000 | 10/18/2018 | | | |
| Roberson, Virna L | F9CFLUKFC | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 6/3/2019 | 5/25/2022 | | |
| Roberts, Demitrus A | ZFBNNLZLU | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2017 | 11/1/2022 | | |
| Robledo, Nancy | K71R00KEG | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 10/17/2016 | 11/1/2022 | | |
| Rodriguez, Adam | SWG0J38RD | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | | 5000 | 8/29/2016 | 5/31/2022 | | |
| Rodriguez, Christina M | URAL2VVHU | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/29/2016 | 9/7/2018 | 5/20/2019 | 9/30/2021 |
| Rodriguez, Manuel | IQN4UBDT8 | Maitland 09.25.20 | Senior Director - Closing | TPO Operations Maitland - Closing | Retention Bonus | 20000 | 9/25/2020 | 20000 | | | 20000 | 3/11/2019 | 5/25/2022 | | |
| Rodriguez, Maria L | SXR9GV9D5 | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | | 10000 | 9/17/2018 | 6/25/2021 | | |
| Rodriguez, Raquel | N4WKXEWUL | Maitland 10.09.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | $ 10,000.00 | 10/9/2020 | 10000 | | | 10000 | 6/1/2017 | 11/1/2022 | | |
| Rosado Velez, Teresa | 6MUVE5HF0 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/26/2017 | 11/1/2022 | | |
| Rosado, Damaris | BX43C33DD | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/8/2020 | 2/3/2022 | | |
| Rose, Corwin A | F9F02N8KN | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 7/24/2017 | 7/1/2022 | | |
| Rose, Jennifer R | L41M0YNIP | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 5/11/2020 | 4/4/2023 | | |
| Rose, Sandra | BOO5QYBI3 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 4/11/2016 | 4/4/2023 | | |
| Runkel, Kimberly A | KEU6FRYG3 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 7/7/2019 | 3/5/2021 | | |
| Sackman, Beverley W | PQ67JRAVT | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/3/2019 | 11/1/2022 | | |
| Salomon, Mike | RCCB0OC0O | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 7/8/2020 | 6/25/2021 | | |
| Sandoval, Rebecca | V6T0TLCCP | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/6/2020 | 1/11/2021 | | |
| Schwartz, Lori A | D1FIC97RJ | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 9/14/2020 | 10/29/2021 | | |
| Scott, Cindy M | 6S10HBD5K | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 3/9/2020 | 2/10/2022 | | |
| Searles, Jeffrey M | 7OWNF28DX | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 4/30/2013 | 5/31/2022 | | |
| Serodio, Diana P | GT1L0XME4 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/17/2009 | 11/12/2018 | 8/25/2019 | 4/4/2023 |
| Serrano, Beatriz | 19Q55QZY7 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 7/13/2015 | 11/1/2022 | | |
| Shoulberg, Mark A | M1OK1J05T | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/11/2014 | 10/12/2018 | 10/27/2019 | 2/12/2021 |
| Silvers, Jeannett M | B0A0SFN3O | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 8/12/2019 | 6/25/2021 | | |
| Simmonds, Tina | HC66O6YF6 | Maitland 09.25.20 | Loan Coordinator - Lead | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 8/3/2015 | 5/26/2022 | | |
| Smith, Christine | 4L09AS46O | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2017 | 11/1/2022 | | |
| Smith, Dusty L | VK9S4B8SS | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 5/20/2019 | 4/4/2023 | | |
| Smith, Theodore | URCN30KHK | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/19/2017 | 9/20/2021 | | |
| Stanley, Rachelle K | 5CLON28WN | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | | 10000 | 6/1/2015 | 2/25/2022 | | |
| Steeke, Taryn M | 2U8VUTRZD | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | | 20000 | 6/22/2020 | 11/1/2022 | | |

| Name | ID | Batch | Role | Department | Bonus Type | Amount | Date | Amount2 | | Amount3 | Hire Date | End Date | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stevens, Tawana | 1JXRWPIIA | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | 10000 | 8/17/2020 | 11/1/2022 | | | |
| Stokes, Allen D | I1PPJX03V | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 15000 | 9/25/2020 | 15000 | | 15000 | 9/23/2019 | 4/4/2023 | | | |
| Stokes, Amber | O445C72ID | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 18000 | 9/25/2020 | 18000 | | 18000 | 5/30/2017 | | | | |
| Tanner, Denise | I7B9Y461N | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 7/11/2016 | 11/1/2022 | | | |
| Tareco, Nancy L | QRAWPU12V | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 6/22/2015 | 11/1/2022 | | | |
| Thoennes, Jody L | GWZNGYJW2 | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 6/1/2017 | 3/29/2022 | | | |
| Thomas, Brooke N | IGJM3VON7 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 9/14/2020 | 11/1/2022 | | | |
| Thomas, Leonard H | YZQT51LUF | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 9/14/2020 | 10/29/2020 | | | |
| Tiedemann, Sabrina C | VO2ZIL4CJ | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 6/1/2017 | 1/28/2022 | | | |
| Toomey, Sarah | O7QL4QMST | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 8/31/2020 | 11/1/2022 | | | |
| Torres, Oscar E | OGX4M9Z1E | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 6/8/2020 | 1/14/2021 | | | |
| Totimeh, Richard | RGF8GMJPP | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 8/31/2020 | 2/21/2022 | | | |
| Townsend, Mary | L8GDKXSJV | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 8/24/2020 | 11/13/2020 | | | |
| Valencia, Jason A | UH2NXA1C4 | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | 10000 | 8/12/2019 | 5/28/2021 | | | |
| Van Zandt, Connie | YOKY591EY | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 3/7/2016 | 11/1/2022 | | | |
| Vieira, Carlos | IJWP037CL | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 4/11/2016 | 11/1/2022 | | | |
| Vogel, Bernadette M | 3BVE0F57D | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 8/31/2020 | 11/1/2022 | | | |
| Wagner, Kimberlee K | 8W51U4IU6 | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 8/17/2020 | 2/25/2022 | | | |
| Walsh, Natalie L | 3NYJJ9FCS | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 11/11/2019 | 5/25/2022 | | | |
| Weaver, Sheila | S7WCEDKFQ | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 10/15/2018 | 11/9/2022 | | | |
| Welsh, Thomas | B69XB3G56 | Maitland 10.09.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 10/9/2020 | 20000 | | 20000 | 8/24/2020 | 2/9/2021 | | | |
| Wharton, Zeke J | J405Q16BE | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 9/14/2020 | | | | |
| White, Chamis J | FK48XFDT8 | Maitland 09.25.20 | Underwriter Support Specialist | TPO Operations Maitland - Underwriting | Retention Bonus | $ 10,000.00 | 9/25/2020 | 10000 | | 10000 | 8/31/2020 | 11/1/2022 | | | |
| Wilde, Michelle A | C6RQ40ZQE | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 5/11/2020 | 5/4/2021 | | | |
| Williams, Dennelle | NR7489NCN | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 3/14/2016 | 3/12/2021 | | | |
| Williams, Paul D | O44DV6FZL | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | 5000 | 9/14/2020 | 10/28/2021 | | | |
| Williams, Robert A | QJ7K4JF5X | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 4/8/2019 | 4/4/2023 | | | |
| Williams, Stacey Z | R0Y7GV9LR | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 7/11/2016 | 11/1/2022 | | | |
| Williams, Tiana D | JEMDY2PAP | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 9/8/2020 | 9/20/2022 | | | |
| Williams, Yvonne | V5Y3YAVQO | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 6/17/2019 | 11/1/2022 | | | |
| Wilson, Kristina | B6IEDVZTY | Maitland 09.25.20 | Senior Underwriter | TPO Operations Maitland - Underwriting | Retention Bonus | $ 20,000.00 | 9/25/2020 | 20000 | | 20000 | 9/15/2019 | 10/29/2022 | | | |
| Witherspoon, Sateama T | YL68KPTI2 | Maitland 09.25.20 | Closer | TPO Operations Maitland - Closing | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 5/11/2020 | 2/16/2021 | | | |
| Wolas, Elizabeth L | EWXKGZQWH | Maitland 09.25.20 | Loan Coordinator | TPO Ops Maitland - Loan Coordinator | Retention Bonus | 10000 | 9/25/2020 | 10000 | | 10000 | 6/3/2019 | | | | |
| Young, Heather R | QYHO6BULU | Maitland 09.25.20 | Funder | TPO Operations Maitland - Closing | Retention Bonus | 5000 | 9/25/2020 | 5000 | | 5000 | 4/20/2020 | 11/1/2022 | | | |
| | | | | | | $ 2,675,500.00 | | $ 2,675,500.00 | | $ (28,285.83) | $ 2,647,214.17 | | | | |