Page 1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                    ORLANDO DIVISION
 3          CASE NO.:  6:20-CV-01819-CEM-EJK
 4
        HOME POINT FINANCIAL
 5      CORPORATION,
 6                  Plaintiff,
 7      vs.
 8      DONALD MARK LANE, CANDACE
        ROBERTSON, CHRISTOPHER WILKINS,
 9      and GUARANTY HOME MORTGAGE
        CORPORATION,
10
                    Defendants.
11      _____/
12
13
14            VIDEOTAPED DEPOSITION OF
15
                    MELISSA KRAMER
16
17
                 Pages 1 through 89
18
19            Tuesday, May 2, 2023
              10:02 a.m. - 1:10 p.m.
20
21         Hill Ward & Henderson, P.A.
        101 East Kennedy Boulevard, Suite 3700
22              Tampa, Florida 33602
23
24        Stenographically Reported By:
25        Denise Sankary, RPR, RMR, CRR
```

Page 75

1   coming back to Home Point that Home Point didn't
2   rehire?
3       A.   No.
4       Q.   Okay.  Danny Cook did not contact you,
5   right, or he wasn't one of the ones that contacted
6   you?
7       A.   It doesn't -- I don't recall.  I don't
8   remember if he reached out to me or not.
9       Q.   Okay.  Do you recall Mr. Cook coming back
10  to work at Home Point?
11      A.   Yes.
12      Q.   Okay.  Were you involved with as far as
13  Ann, Charlene, Dora and Mara as to what their pay
14  would be when they came back?
15      A.   Yes.
16      Q.   Okay.  Did they -- did Home Point try to
17  rehire them at the pay that they were previously
18  receiving?
19      A.   No.
20      Q.   Okay.  Do you know why Home Point offered
21  them more money?
22      A.   At the time, the market, and what the
23  going rate was for underwriting.
24      Q.   As far as the transition period after Don
25  Lane left, are you aware of any actions taken by