Page 1

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOME POINT FINANCIAL            )
CORPORATION,                    )
                                )
         Plaintiff,             )
                                )
vs.                             )   CASE NO.
                                )   6:20-cv-01819-CEM-EJK
DONALD MARK LANE,               )
CHRISTOPHER WILKINS and         )
GUARANTY HOME MORTGAGE          )
CORPORATION,                    )
                                )
         Defendants.            )
_____)


       VIDEOTAPED DEPOSITION OF:
       CHIP ADKINS
       Taken on behalf of the Defendants
       December 8, 2020



Page 186

```
 1            A.      Yes, nationwide.
 2            Q.      Has every consulting agency
 3    reached out to Home Point employees to recruit
 4    them for GHMC?
 5            A.      Not on behalf of GHMC.
 6            Q.      How do you know?
 7            A.      Or not since -- not since the
 8    cease-and-desist.
 9            Q.      How do you know?
10            A.      Because we made it apparent to
11    everybody not to recruit Home Point employees
12    after that.
13            Q.      Okay.  So you -- did -- does
14    that mean you told every consulting agency:  Do
15    not recruit Home Point employees?
16            A.      I think so, yes.
17            Q.      Okay.  Why -- why did you --
18    why are you telling the recruiting company not
19    to recruit Home Point employees?
20                    MS. MACK:  Object to the form.
21                    THE WITNESS:  Because we got a
22    letter on September 18th asking us to cease and
23    desist.
24    BY MS. ZADIKANY:
25            Q.      Okay.
```

